```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                       :
IN RE: AMERICAN EXPRESS ANTI-                          :      06 Civ. 2974 (WHP)
STEERING RULES ANTITRUST                               :
LITIGATION                                             :      ORDER
                                                       :
This Document Relates To: All Actions                  :
                                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

          By Memorandum and Order dated July 7, 2010, this Court stayed discovery in

this action pending a decision by the Court of Appeals in American Express Co., et al. v. Italian

Colors Restaurant, No. 06-1871-cv on remand from the Supreme Court, with the caveat that

Plaintiffs could participate in ongoing merits-based discovery "as it unfolds in the Individual

Merchant Action." (Docket No. 77 (the "July 7 Order").)  By separate letters dated July 15,

2010, the parties now spar over the deposition of Colm Lorrigan, General Counsel for the Amex

unit responsible for the Asia-Pacific region.  Following the July 7 Order, Plaintiffs in the

Individual Merchant Action pending in the Eastern District of New York postponed Lorrigan's

deposition, which had been scheduled to commence July 19, 2010.  Plaintiffs ask this Court to

order Lorrigan to appear for a deposition "on a date certain in the near term."

          The July 7 Order only permitted Plaintiffs to participate in discovery "proceeding

in the Individual Merchant Action independent of this action." (July 7 Order at 6).  It did not

grant Plaintiffs leave to pursue merits-based discovery independent of the Individual Merchant

Action.  Counsel in the Individual Merchant Action has decided not to depose Lorrigan at this

time.  Accordingly, this Court will not interfere in ongoing discovery in the Individual Merchant

Action by ordering Lorrigan's deposition at a time when counsel in the Individual Merchant

Action do not want it.

Dated: July 16, 2010
       New York, New York

                                        SO ORDERED:


                                        _____
                                        WILLIAM H. PAULEY III
                                        U.S.D.J.


*Counsel of Record:*

Gary B. Friedman, Esq.
Friedman Law Group
270 Lafayette Street, 14th Floor
New York, NY 10012

Christopher Hellmich, Esq.
Patton Boggs LLP
2550 M Street, N.W.
Washington, DC 20037
 *Counsel for Plaintiffs*

Donald L. Flexner, Esq.
Philip C. Korologos, Esq.
Boies, Schiller & Flexner, LLP
333 Main St.
New York, NY 10504
*Counsel for Defendants*